FOURTH DEPARTMENT, SEPTEMBER, 1944.

(September 21, 1944.)

IKE MANNHEIMER, Individually and on Behalf of All Other Stockholders of Lisk Manufacturing Company, Limited, Similarly Situated, Appellant-Respondent, v. CLARENCE C. KEEHN et al., Respondents-Appellants, and LISK MANUFACTURING COMPANY, LIMITED, Defendant-Respondent.— Motion to amend order of June 28, 1944 [ante, p. 813] nunc pro tunc so as to add "and the facts" to the reversal and modification, granted. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

(September 27, 1944.)

CALLIE NELSON, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an action under a group insurance policy.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ERIE RAILROAD COMPANY, Respondent, v. MARY C. MALONE, as Administratrix of the Estate of P. W. GRAHAM, Deceased, Doing Business under the Name of P. W. GRAHAM CONTRACTING COMPANY, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 1033.] Present — Cunningham, P. J., Taylor, Dowling and McCurn, JJ.

GEORGE SALISBURY, Appellant, v. ONTARIO COUNTY, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1040.]. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ADIRONDACK CORE AND PLUG COMPANY, Respondent, v. J. BRADBURY GERMAN, JR., Individually and as Sheriff of Oneida County, et al., Appellants.— Motion for reargument granted. [See 267 App. Div. 1045.] Memorandum: We are granting the motion for reargument so that we may re-examine the question as to the liability of defendant Link in his representative capacity as substituted trustee of the estate of Michael Link, deceased. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See post, p. 953.]

HAROLD J. RYAN, Respondent, v. DUNBAR & SULLIVAN DREDGING COMPANY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See ante, p. 812.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HOWARD J. CONYNE, Respondent, v. THOMAS McGIBBON et al., Appellants, et al., Defendants.— Motion by Thomas McGibbon for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion by Massachusetts Bonding and Insurance Company for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 842, 1045.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM G. EASTON, Respondent, v. GLENN W. SIMPSON, Appellant.— Motion for reargument denied;' motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1047.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.